# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:14-CR-** Ꞁ𝓮 𝓶ᴛᴛ |
| | : | |
| **PETER VINCENT POOLE** | : | **VIOLATION(S):** |
| | : | 21 U.S.C. § 841(a)(1) |
| **Defendant.** | : | 21 U.S.C. § 841(b)(1)(D) |
| | : | 26 U.S.C. § 5841 |
| | : | 26 U.S.C. § 5861(d) |
| | : | 26 U.S.C. § 5871 |
| | : | 18 U.S.C. § 924(c)(1)(B)(ii) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession with Intent to Distribute Marijuana)

That on or about May 16, 2012, in the Macon Division of the Middle District of Georgia,

### PETER VINCENT POOLE,

defendant herein, did knowingly and intentionally manufacture and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(D).

## COUNT TWO
### (Possession of Unregistered Firearm)

That on or about May 16, 2012, in the Macon Division of the Middle District of Georgia,

### PETER VINCENT POOLE,

defendant herein, did knowingly possess a firearm, to wit: a destructive device as defined in Title 26, United States Code, Section 5845, not registered to him in the National Firearms Registration and Transfer Record; to-wit: one (1) glass container with a metal lid containing a fuse that measured approximately 3 inches, propellant powder, and screws and nails; one (1) metal

cartridge that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 4 $\frac{5}{8}$ inches long, and propellant powder; two (2) metal cartridges that measured approximately 3 ½ inches long, containing a fuse that measured approximately 3 ½ inches long, and propellant powder; two (2) metal cartridges that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 3 ½ inches long, and propellant powder; and one (1) plastic bottle wrapped in tape that concealed one (1) metal cartridge that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 4 inches long and propellant powder; all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT THREE**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

That on or about May 16, 2012, in the Macon Division of the Middle District of Georgia,

**PETER VINCENT POOLE,**

defendant herein, did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United Sates, to-wit: the offense set forth in Count One of this Indictment, to-wit: one (1) Ruger, .270, Serial Number 78500517; one (1) Ruger, .243, Serial Number 78171751; one (1) Browning, 9 mm, Serial Number 53821; one (1) Ruger, .357, Serial Number 63299; one (1) Ruger, .22, Serial Number 26829091; one (1) Ruger, .41, Serial Number 401-03549; one (1) Cobray, 9 mm, Serial Number 880007509; one (1) Colt, .357, Serial Number 63223; one (1) Mauser, 7 mm, Serial Number 7191; one (1) Ruger, .44, Serial Number 502-17355; one (1) Ruger, .44, Serial Number 29589; one (1) Mossberg,.410, Serial Number 841539; one (1) glass container with a metal lid containing a fuse that measured approximately 3 inches, propellant powder, and screws and nails; one (1) metal cartridge that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 4 $\frac{5}{8}$

inches long, and propellant powder; two (2) metal cartridges that measured approximately 3 ½ inches long, containing a fuse that measured approximately 3 ½ inches long, and propellant powder; two (2) metal cartridges that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 3 ½ inches long, and propellant powder; and one (1) plastic bottle wrapped in tape that concealed one (1) metal cartridge that measured approximately 3 ¼ inches long, containing a fuse that measured approximately 4 inches long and propellant powder; all in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d), 21 U.S.C. § 853, 26 U.S.C. § 5872,**
**and 28 U.S.C. § 2461 – Criminal Forfeiture)**

1.      The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and/or Title 18, United States Code, Section 924(d), in conjunction with Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense(s) in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(D) set forth in Count One, Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Count Two, and/or Title 18, United States Code, Section 924(c)(1)(B)(ii) set forth in Count Three of this Indictment, the defendant,

**PETER VINCENT POOLE,**

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853,  any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s); and/or, any firearms and ammunition involved in the commission of the offense(s), pursuant to Title 26, United States Code, Section 5872, and/or Title 18, United States Code, Section 924(d), in conjunction with Title 28, United States Code, Section 2461(c).

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon exercise of due diligence;

(b)      has been transferred, sold to or deposited with, a third person;

4

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY
Presented by:

ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of November, AD 2014.

Deputy Clerk